UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RAYMUNDO ESPIDIO-GOMEZ,<br><br>　　　　　　Defendant. | CASE NO. CR22-5342 BHS<br><br>ORDER |

This matter is before the Court on Defendant Raymundo Espidio-Gomez's Motion to Seal Exhibit B to his Sentencing Memorandum. Dkt. 39. The exhibit contains confidential medical information. The Court **GRANTS** motion and **ORDERS** Exhibit B sealed.

Dated this 18th day of January, 2024.

　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1